# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NORMAN BROWNING,
INDIVIDUALLY, IN HIS
CAPACITY AS CHAIRMAN OF THE
PETITION FOR INCORPORATION
THE CITY OF ST. GEORGE AND
ON BEHALF OF THE ELECTORS
WHO SIGNED THE INCORPORATION
PETITION AND CHRIS RIALS,
INDIVIDUALLY, AND IN HIS
CAPACITY AS VICE-CHAIRMAN OF
THE PETITION FOR
INCORPORATION OF THE CITY OF
ST. GEORGE

VERSUS

CITY OF BATON ROUGE, AND THE
METROPOLITAN COUNCIL FOR THE
CITY OF BATON ROUGE AND
PARISH OF EAST BATON ROUGE

NO. 2025 CW 0618

SEPTEMBER 08, 2025

---

In Re: City of Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 693763.

---

**BEFORE: LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT